UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA NICOLETTA,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, *et al.*,<br><br>     Defendants. | Case No.  2:24-cv-1915-DAD-JDP (PS)<br><br>ORDER |

  On June 17, 2025, defendant Trans Union LLC filed a motion for judgment on the pleadings, which it noticed for hearing on July 31, 2025.  ECF Nos. 22 & 37.  In violation of Local Rule 230(c), plaintiff failed to timely file a response to defendant's motion.  Accordingly, on July 17, 2025, I ordered plaintiff to show cause by no later than August 7, 2025, why this action should not be dismissed for failure to comply with the court's local rules.  ECF No. 33.  I notified her that if he wished to continue this lawsuit, she also needed to file either an opposition or statement of non-opposition to defendants' motion.  *Id*.

  Plaintiff failed to timely respond to that order.  Accordingly, on August 21, 2025, I recommended that this action be dismissed without prejudice for failure to prosecute, failure to comply with the court's local rules, and failure to comply with court orders.  ECF No. 35.  I also notified the parties that any objections to that recommendation were to be filed within fourteen days.  *Id.*  On October 10, 2025, plaintiff belatedly filed objections to the findings and

recommendations. ECF No. 36. In her objections, plaintiff states that she has experienced delays in receiving court filings and that she submitted her response to defendant's motion in July.[1]

The docket does not reflect receipt of plaintiff's response to defendant's motion. Nevertheless, in light of plaintiff's representations, I will afford her one final opportunity to file a response to defendant's motion for judgment on the pleadings.

Accordingly, it is hereby ORDERED that:

1. The August 21, 2025, findings and recommendations, ECF No. 35, are held in abeyance.

2. Within fourteen days of the date of this order, plaintiff shall file either an opposition or statement of non-opposition to defendant Trans Union LLC's motion for judgment on the pleadings. *See* ECF No. 37.

3. Should plaintiff fail to timely file a response to defendant's motion, the August 21, 2025 findings and recommendations will be submitted to the district judge for consideration.

4. The Clerk of Court shall serve plaintiff with a curtesy copy of defendant's motion, ECF No. 22, together with a copy of this order.

IT IS SO ORDERED.

Dated:   November 5, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also asks that the court reopen this case. ECF No. 36 at 1. As this action has not been dismissed, that request is denied as unnecessary.